HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEPHEN FIORENZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:11-mj-00145-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | |
| STEPHEN FIORENZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Stephen Fiorenza, that Mr. Fiorenza's term of unsupervised probation be extended to expire on May 8, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to April 17, 2018.

Mr. Fiorenza's review hearing is currently scheduled for January 24, 2018. Mr. Fiorenza's only outstanding requirement is that he pay a $350 fine. Sadly, Mr. Fiorenza lost his job several months ago and has been struggling to support himself. He has no disposable income at this time and is on the brink of homelessness. Accordingly, the parties request that Mr. Fiorenza's review hearing be continued to April 17, 2018 and that his probation be extended to May 8, 2018 to give Mr. Fiorenza time to find employment and pay the outstanding fine.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 16, 2018

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
STEPHEN FIORENZA

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 24, 2018 hearing for Stephen Fiorenza, Case No. 6:11-mj-00145-MJS, is continued to April 17, 2018 at 10:00 a.m., and his probation is extended to May 8, 2018.

IT IS SO ORDERED.

Dated: January 16, 2018      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE