HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEPHEN FIORENZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FIORENZA,<br><br>Defendant. | Case No. 6:11-mj-00145-MJS<br><br>**MOTION TO VACATE APRIL 17, 2018 REVIEW HEARING; ORDER** |

Defendant Stephen Fiorenza hereby requests that the Court vacate the April 17, 2018 review hearing. The Government is in agreement with the request.

On February 8, 2017, the Court sentenced Mr. Fiorenza to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Sosa to pay a $350 fine.

At this point, Mr. Fiorenza has paid his fine in full and has had no new violations of law. Accordingly, Mr. Fiorenza respectfully requested that this Court vacate the April 17, 2018 review hearing.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 26, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
STEPHEN FIORENZA

**O R D E R**

Based on the parties' joint representation that Mr. Fiorenza is in compliance with the conditions of his probation, the Court vacates the April 17, 2018 review hearing.

IT IS SO ORDERED.

Dated:   March 26, 2018                            /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE